```
 1
 2
 3
 4
 5
 6
 7
 8
 9                    UNITED STATES DISTRICT COURT
10                   SOUTHERN DISTRICT OF CALIFORNIA
11
12  JAMES LIHOSIT,                  )  Case No. 06cv1149- J (BLM)
                                    )
13              Plaintiff,          )  ORDER (1) FOLLOWING TELEPHONIC
    v.                              )  CASE MANAGEMENT CONFERENCE,
14                                  )  AND (2) STAYING CASE
    ELIZABETH "BETSY" MORRIS,       )
15  Officially and as President and )
    Chief Executive Officer of the  )
16  San Diego Housing Commission,   )
    et al.,                         )
17                                  )
                Defendants.         )
18  _____)
```

On April 16, 2007 at 9:00 a.m., the Court convened a telephonic Case Management Conference. Appearing for Plaintiff was James Lihosit. Appearing for Defendants was Anna Salusky. During the telephonic hearing, Plaintiff confirmed his agreement to all settlement terms placed on the record on April 10, 2007.

As stated on the record on April 10, 2007, and in light of the parties' settlement, the Court finds it appropriate to stay any and all proceedings in this case until **May 3, 2007**, pending the parties' completion of all terms of the settlement agreement. However, all other requirements, dates, and deadlines set forth in the Court's April 11,

2007 Order Following Mandatory Settlement Conference [Doc. No. 28] remain in effect.

    **IT IS SO ORDERED.**

Dated: April 16, 2007

                                      BARBARA L. MAJOR
                                      United States Magistrate Judge

COPY TO:

HONORABLE NAPOLEON A. JONES, JR.
U.S. DISTRICT JUDGE

ALL COUNSEL